Martin A. Little, Esq., NV Bar No. 7067
Alexander Villamar, Esq., NV Bar No. 9927
David L. Edelblute, Esq., NV Bar No. 14049
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: mal@h2law.com; av@h2law.com; dle@h2law.com
*Attorneys for Plaintiff Henderson Luxury Imports, Inc. dba BMW of Henderson*

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HENDERSON LUXURY IMPORTS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCCOLLISTER'S GLOBAL SERVICES, INC., a Delaware corporation; MCCOLLISTER'S BROKERAGE SERVICES, INC., a Delaware corporation; ORLANDI'S TOWING LLC, a Nevada limited liability company; DOES I-X, individually; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Civil Case No. 2:26-CV-00909-JAD-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITIES [ECF NO. 23]**<br><br>**(First Request)** |

Plaintiff HENDERSON LUXURY IMPORTS, INC. (hereinafter, "Plaintiff", or "AutoNation") and Defendants MCCOLLISTER'S GLOBAL SERVICES, INC. and MCCOLLISTER'S BROKERAGE SERVICE, INC. ("Defendants"), by and through their respective counsel of record, stipulate and agree to extend by two days Plaintiff's deadline to respond to Defendants' Motion for Leave to File Notice of Supplemental Authorities in Support of Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 23], which Defendants filed on August 25, 2026.

Plaintiff's response is presently due on September 8, 2026. The parties stipulate that Plaintiff shall have through and including **September 9, 2026**, to file its response.

Good cause supports this brief extension. Defendants' motion seeks leave to supplement the briefing on their pending motion to dismiss with five recently issued decisions. Plaintiff requires the additional day to complete its review of those authorities and prepare its response. Counsel for Defendants has agreed to the requested extension.

This is the first request to extend Plaintiff's deadline to respond to ECF No. 23. This stipulation is submitted in good faith and not for purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/ Martin A. Little
Martin A. Little, Esq., NV Bar No. 7067
Alexander Villamar, Esq., NV Bar No. 9927
David L. Edelblute, Esq., NV Bar No. 14049
3800 Howard Hughes Parkway, #1000
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Henderson Luxury Imports, Inc. dba BMW of Henderson*

**HUSCH BLACKWELL LLP**

By: /s/ Loren R. Unger
Loren. R. Ungar, Esq. (*pro hac vice*)
2415 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4288

**Mario D. Valencia, Attorney at Law, LLC**

Mario D. Valencia, NV Bar No. 6154
40 S. Stephanie St., Ste. 201
Henderson, NV 89012

*Attorneys for Defendants McCollister's Global Services, Inc. and McCollister's Brokerage Service, Inc.*

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 9/10/2026

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483